UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-185-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| MARVIN ANTHONY BLANGO | |

On motion of the Defendant, Marvin Anthony Blango, and for good cause shown, it is hereby ORDERED that **DE 328** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __15__ day of July, 2024.

JAMES C. DEVER III
United States District Court Judge